as defined in 42 U.S.C. § 3602(i), and may have suffered damages as a result of Defendants' conduct.

137. Defendants' conduct was malicious, intentional, willful, and/or taken with reckless disregard for the rights of others.

## IX. RELIEF REQUESTED

**WHEREFORE, the plaintiff requests a trial by jury on all Counts; and furthermore.**

**A. that the Court enter an ORDER that: 1. Declares that Defendants' conduct violated the Fair Housing Act; 2. Enjoins Defendants, their agents, employees, assigns, successors, and all other persons and entities in active concert or participation with them from: continuing to falsely accuse and harass plaintiff by wrongfully harassing plaintiff from accessing the Courts, through conjured up lies about plaintiff's past litigation and to order defendant Choice to retract its false representation that plaintiff is vexatious when defendant Choice are racist and discriminate based on race disability and many other protected classes;**

**B. Award the plaintiff damages for denied housing, or otherwise making housing unavailable because of race, in violation of 42 U.S.C. § 3604(a); b. Discriminating in the terms, conditions, or privileges of rental of a dwelling, or in the provision of services or facilities in connection therewith, because of race in violation 42 U.S.C. § 3604(b); or c. Coercing, intimidating, threatening, or interfering with a person in the exercise or enjoyment of, or on account of her having exercised or enjoyed, rights under the Fair Housing Act;**

**D. Compensatory damages for $ 15,000,000.**

**E. Daily fines of $ 1,000 for 108 days plaintiff was locked out and forced from his rented home with a two- and half-year lease.**

**F. Punitive Damages.**

**G. Treble Damages.**

**H. All other relief this Honorable Court deems just and equitable.**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on Wednesday December 10, 2025.

**/S/ Gregory Langadinos**

Gregory Langadinos

12/10/2025

# EXHIBIT "1"

EXHBITS 1-30 TO ACCOMPANY FIRST AMENDED COMPLAINT

March 17, 2023

VIA EMAIL jyoung@hotelmc.net; dmacdonald@hotelmc.net; roarke@investmentresources.net ; Ttrout@paladinequitycapital.com
AND U.S. MAIL RETURN RECEIPT REQUESTED

Gregory Langadinos
1961 Foothill Parkway
Unit/Room 333
Corona, CA 92881
glangadinos@yahoo.com
(949) 844-0250

Gregory Langadinos
1801 Town and Country Drive; P.O. Box # 6050
Norco, CA 92860

Jennifer Young
Director of Human Resources
Hotel Management and Consulting, Inc.
7200 W 132nd Street, Suite 200
Overland Park, KS 66213
jyoung@hotelmc.net
(913) 602-8470

David Macdonald
Senior Vice President of Operations
Hotel Management and Consulting, Inc.
7200 W 132nd Street, Suite 200
Overland Park, KS 66213
dmacdonald@hotelmc.net
(913) 602-
8470

RE: FORMAL THIRTY DAY (30-DAY) STATUTORY DEMAND PURSUANT TO CALIFORNIA CONSUMER LEGAL REMEDIES ACT; CALIFORNIA CIVIL CODE 1750-1784; AND FORMAL REQUEST FOR REASONABLE ACCOMADATIONS PURSUANT TO CALIFORNIA DISABLED PERSONS ACT, CA CIVIL CODE SECTION 51, AND UNDER TITLE III OF THE AMERICANS WITH DISABLIIES ACT OF 1990, AND AMENDMENT OF 1998;

VIOLATION OF CALIFORNIA WIRETAP ACT; FAILURE TO PROVIDE WRITTEN WARNING THAT MY TELEPHONE CALLS ARE BEING RECORDED

FORMAL NOTICE OF GRIEVANCE; DEMAND FOR COMPENSATION--FORMAL DEMAND TO FILE CLAIM FOR PREMISES LIABILITY, RACIAL DISCRIMINATION, PERSONAL INJURIES, SECONS HAND SMOKE; VERBAL ABUSE FRAUD, BREACH OF CONTRACT BY GENERAL MANAGER OF EVERHOME SUITES CORONA, CALIFORNIA, FALSE ADVERTISING AND FRAUD, BREACH OF CONTRACT BY

It is illegal for Hotel Management and Consulting d/b/a/ that acts like the management company and landlord for Everhome Corona landlord to retaliate against me as tenant in California who has exercised a legal right, including:

- complaining to the landlord about unsafe or illegal living conditions
- complaining to a government agency, such as a building or health inspector, about unsafe or illegal living conditions
- assembling and presenting your views collectively—for example, by joining or organizing a tenant union, or
- exercising a legal right allowed by your state or local law, such as withholding the rent for an uninhabitable unit.

I am complaining at this time of unhabitable conditions, within the Choice Hotels owned Everhome Suites, which is managed by Hotel Management and Consulting and owned by Foothill Hotel Management LLC, and Paladin Equity, of all of the following unhabitable conditions, which forced me to have to seek medical attention for all of the following;

- Secondhand Smoke coming into my room;
- Marijuana smoke constantly outside my door, and inside my room;
- Marijuana smoke and secondhand smoke constantly in the hallways, elevators, common areas, because HMC Management refuses to enforce the smoking ban;

Anxiety, severe emotional distress, shocking behavior;

FACTS CONSTITUTING UNFAIR AND DECEPTIVE ACTS IN VIOLATION OF CALIFORNIA CONSUMER PROTECTION ACT, CA Civil Code 1750-1784, Consumer Legal Remedies Act; PREMISES LIABILITY, RACIAL AND HANDICAP DISCRMINATION, BREACH OF CONTRACT; PERSONAL INJURY; FRAUD, WRONGFUL CANCELLATION OF LONG-TERM RESERVATION—BREACH OF ORAL AND WRITTEN LEASE

On February 14, 2023, as a tenant residing in Room 333 of Everhome Suites Corona, managed by HMC, and specifically Tiffany Funches, I wrote an email to Ms. Funches requesting that she honor the multiple Choice Hotels Coupons sent to me in my email inbox offering 20% to 30% off my daily rate, as well as to be given a refund of first month or City of Corona Taxes.

I also requested to be Tax exempt going forward into the future.

Ms. Funches never responded to me email, called my and in violation of the TEAM MEMBER HANDBOOK requiring Honesty she called me, and yelled profanities at me, and told me to "drop it" and "I don't appreciate you trying to get a lower rate."

Unprofessional, untrained, and unworldly Tiffany Funches then sent a maintenance worker Isiah to knock on my door, on 3 occasions, like a messenger sent by drug lords to deliver a message that this hotel is like the Beverly Hills of Corona, and you wont find a better rate.

Because David MacDonald in his capacity as **Senior Vice President of Operations Hotel Management and Consulting, Inc. recklessly failed to appoint and hire a qualified and professional GM for the nations first Everhome Suites, and instead engaged in a quest to obtain praise for hiring an equity hire Affirmative Action racist, Tiffany Funches eventually called me and threated to blackmail me, plant something illegal in my rented suite, and threatened to concoct and conjure up further lies about me, because she cannot control or bully me as it is her nature to act this way.**

**See Declaration of Christian Urgueta.**

**See Declaration of Adrian Barazza.**

**See attached email of Gregory Langadinos to Tiffany Funches dated February 14, 2023.**

Ms. Funches threated to conjure up and make up false allegations that I kidnapped one of her co-workers, as one example of how unprofessional and unqualified she is, and her LinkedIn profile contains false advertisements and misrepresentations. **See Declaration of Christian Urgueta.**

Ms. Funches caused me to suffer severe emotional distress, insomnia, mental shock, and to breathe second hand smoke and many other ailments. See pdf file of attached medical records.

Ms. Funches violated numerous sections of the HMC Team Member Handbook including the requirement to act with "honesty" at all times.

Ms. Funches canceled my two year reservation and lease, ONLY after I reported to her that I suffer from medical ailments including cancer, and other disabilities. See canceled two- and half-year Reservation/Lease.

Pursuant to of 42 U.S.C. § 1981 ("Section 1981") and analogous California state law; as a Greek White male, I am an insular and protected member of a protected class, that is also has claims directly against Choice Hotels International, the owner of the Everhome Suites hotel brand, in the capacity as one of franchisees of the true owner of this property who is Foothill Hotel Management Properties Inc., and Paladin Equity, as well as Hotel Management and Consulting LLC, the company that employs the vicious diabolical General Manager, Ms. Tiffany Funches.

Under the theory of apparent agency available in a Section 1981 public accommodations case, a franchisor has been held liable for a public accommodations violation regardless of whether it operates the franchise or provides services to the public. See *Ross v. Choice Hotels International, Inc.*, No. 2:10-cv-1098 (S.D. Ohio).

Furthermore, Ms. Funches has embarked on a criminal harassing campaign in which she threatened to falsely accuse me of kidnapping a front desk employee, that I would let out of my room, and further threatened to allege that I harassed her employees, when it's her the criminal low class equity hired incompetent black woman, that your company negligently, recruited, trained, hired, and advanced to be the General Manager, of the so-called all-woman run business- which her immediate boss, Andre Norman—another negligent employee covers up for the ongoing scheme to cheat your employees such as Adrian Baraza out of his wages, overtime, and paid break time in violation of California Wage theft laws.

This document, and all attached Exhibits herein, constitutes a formal demand for compensation, pursuant to the personal and mental injuries I have suffered as a disabled person, suffering prostate cancer, who was promised a quiet environment to treat with local physicians, and a further demand that you report all of the numerous—over 20—acts of negligence to your liability carrier.

**This document serves as a formal demand for compensation in the amount of the one hundred and sixty thousand dollars, $ 260,000; for all of the herein described racist, and bullying actions, and torts and multiple breaches of contract, fraud, deceit, which will be listed in chronological order. In addition, I demand a response to the written request to apply Choice Coupons to my monthly rate. In**

**addition, the demand for $ 260,000 is not meant to serve as a figure I am willing to accept to move out.** If I am constructively evicted, or that I it is requested that I vacate the premises, my demand will increase substantially because of the severe inconvenience I will experience from being forced to move, while in the process of undergoing Prostate, and Neurogenic bladder disorder surgeries, as well as other surgeries I am forced to undergo at this time including for suffering thyroid eye disease.

**As a result of all the mental shock, breathing second hand smoke, suffer mental distress, being the target of racism, and discrimination based on Race, Disability, and Gender, and all of the other damages outlined herein; I demand the following within 30 days from receipt of this demand;**

1. **Compensation in the amount of $ 260,000;**
2. **Modification of Rules and Policies of HMC, and Everhome Corona, and Everhome Suites, in the following ways;**
3. **Honoring original reservation daily hotel rate of $ 70.29;**
4. **Applying Choice Coupons of 20% t0 30% off original daily rate of $ 70.29;**
5. **Demand that Tiffany Funches never speaks to me ever again, and that either Mark Kantor, or another front desk staff or someone in corporate headquarters accommodates me, or charges me on monthly basis, as Ms. Funches is banned from speaking to me as a result of her extortionate threats of black mail, and fraud; see Declaration of Christian Urgueta;**
6. **That my two and a half year written reservation be reactivated and placed back in my Folio; which was wrongfully stricken by Ms. Funches;**
7. **That my Choice Rewards and Points by immediately issued to me as I have never been given credit of points since January 13, 2023, for over two months;**

8. That the smoking ban under City of Corona laws be immediately enforced; or else I will enforce it through Court intervention;
9. That I am immediately provided the correct daily hotel rate, (TAX FREE) without Tiffany Funches butchering up my rate, and taxing me even though I am tax exempt after 30 days;
10. That I am immediately provided with my tax refund immediately or else I will I enforce my rights to a tax refund by the City of Corona or through Court intervention;
11. That all of my emails sent to Tiffany Funches dated February 13, 2023, is responded by high level management from HMC headquarters;
12. That no further retaliation is ever imposed or inflicted on me, by HMC, Foothill Hotel Management LLC; Paladin Equity, Xi Corporation, Mr. Timothy Marshall Trout;
13. That no retaliation is ever imposed or inflicted on me, by an employee, or agent or Attorney of Choice Hotels International;

Pursuant to California Consumer Legal Remedies Act, CLRA, you have thirty-days, (30); to respond to this demand. If you fail to respond within 3O days, I have the right to file suit and seek treble damages and attorney's fees, and expert fees;

Awaiting your reply, I remain,

Very Truly yours,

Gregory Langadinos
1961 Foothill Parkway
Unit/Room 333
Corona, CA 92881
glangadinos@yahoo.com (949) 844-0250

Gregory Langadinos
1801 Town and Country Drive; P.O. Box # 6050
Norco, CA 92860

cc..............................

**Attorney Rourke R. Gordon**
**IRC Associates**
**7701 E Kellogg Dr**
**Ste 820**
**Wichita, Kansas, 67207**
**www.investmentresources.net**
**roarke@investmentresources.net**
**(316) 652-0616**

# EXHIBIT "2"

# Fw: Gregory Langadinos is coming after eveybody's JUGULAR within HMC, Choice Hotels International and Foothill Hotel Management LLC, Paladin Equity, Timothy Trout and Anna Scozzafava the other Affirmative Action Equity hire this time from Choice before se

From: Greg Langadinos (glangadinos@yahoo.com)

To: glangadinos@yahoo.com

Date: Saturday, April 22, 2023 at 10:22 PM PDT

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "David Martin" <dmartin@hotelmc.net>
**To:** "Greg Langadinos" <glangadinos@yahoo.com>, "Jennifer Young" <jyoung@hotelmc.net>
**Cc:** "David Macdonald" <dmacdonald@hotelmc.net>
**Sent:** Mon, Mar 20, 2023 at 3:22 PM
**Subject:** RE: Gregory Langadinos is coming after eveybody's JUGULAR within HMC, Choice Hotels International and Foothill Hotel Management LLC, Paladin Equity, Timothy Trout and Anna Scozzafava the other Affirmative Action Equity hire this time from Choice before se

What is this guy talking about?

**From:** Greg Langadinos <glangadinos@yahoo.com>
**Sent:** Saturday, March 18, 2023 11:03 PM
**To:** Jennifer Young <jyoung@hotelmc.net>
**Cc:** David Macdonald <dmacdonald@hotelmc.net>
**Subject:** Gregory Langadinos is coming after eveybody's JUGULAR within HMC, Choice Hotels International and Foothill Hotel Management LLC, Paladin Equity, Timothy Trout and Anna Scozzafava the other Affirmative Action Equity hire this time from Choice before sev...

**Please be cautious**

This email was sent from outside of your organization

https://media.choicehotels.com/2020-12-09-Choice-Hotels-Continues-Focus-On-Increasing-Diversity-Across-Hospitality-Industry-By-Creating-One-Of-A-Kind-Choice-Hotels-Owners-African-American-Alliance

Ms. Young,

The Hotel that HMC manages is a Choice framchised Hotel which means HMC and Choice are jointly and vicariously liable to me for reverse discrimination and threats to conjure up fake allegations of Kidnapping, threats to place and plant illegal items in my rented room, and threats to invent false leverage that I harassed

# EXHIBIT "3"






**LET'S GET DOWN TO BUSINESS.** The business of helping grow your success. With $7.6B+ in reservations, 45M+ loyal rewards members and 12.8M+ corporate room nights booked in 2019, we are committed to helping you get more out of your business. We offer the necessary expert support, resources and training to our franchisees because we believe that you should be in business for yourself, not by yourself. **Our Business Is You.**

To find out more **visit ChoiceHotelsDevelopment.com**

CLARION® clarion pointe® MainStay SUITES® EVERHOME SUITES® WOODSPRING SUITES® Suburban® EconoLodge® RODEWAY INN® | CHOICE privileges®

ıternational, Inc ... ıis advertisement is not an offering. For New York: an offering can only be made by a prospectus filed first with the Department of Law in the State of New
ɔpy of the Fran ... ıse Disclosure Document may be obtained through contacting Choice Hotels International at 1 Choice Hotels Circle, Suite 400, Rockville, MD 20850 or at

# EVERHOME SUITES

EXTENDED STAY BY CHOICE HOTELS

**CATEGORY**
Midscale Extended Stay

**TYPE**
New Construction

**TOTAL SYSTEM SIZE**
10+ hotels in the pipeline

**BRAND HIGHLIGHTS**

- Value engineered prototype designed to support lean operating model
- Self-serve, tech-enabled lobby food & beverage marketplace - Homebase Market
- Multiple room types with multi-functional furniture, fully equipped kitchens with dishwashers and suites with in-room washer dryer

**To find out more visit choicehotelsdevelopment.com/EverhomeSuites**













CHOICE HOTELS®

**LET'S GET DOWN TO BUSINESS.** The business of helping grow your success. With $7.6B+ in reservations, 45M+ loyal rewards members and 12.8M+ corporate room nights booked in 2019, we are committed to helping you get more out of your business. We offer the necessary expert support, resources and training to our franchisees because we believe that you should be in business for yourself, not by yourself. **Our Business Is You.**
To find out more **visit ChoiceHotelsDevelopment.com**

ASCEND · CAMBRiA · Comfort · Sleep · Quality · CLARION · clarion pointe · MainStay SUITES · EVERHOME SUITES · WOODSPRING SUITES · Suburban · EconoLodge · RODEWAY INN

CHOICE privileges.

Unless otherwise noted, all statistics are from internal data of Choice Hotels International, Inc. This advertisement is not an offering. For New York: an offering can only be made by a prospectus filed first with the Department of Law in the State of New York. Such filing does not constitute approval by the Department of Law. A copy of the Franchise Disclosure Document may be obtained through contacting Choice Hotels International at 1 Choice Hotels Circle, Suite 400, Rockville, MD 20850 or at Development@ChoiceHotels.com.

# EXHIBIT "4"

## Everhome Suites Corona

EVERHOME SUITES
EXTENDED STAY BY CHOICE HOTELS

1961 Foothill Parkway
Corona, CA 92881

Phone: 657-359-0009
Fax: 951-268-1102
E-mail: Everhome.Corona@hotelmc.net
Website: www.choicehotels.com

### Guest Charges

CP# GP-GXL02503

Folio #: 2407
Room #: 333
Payment Method : Credit Card
Rate :
1/13/2023 $77.29

Guest : LANGADINOS, GREGORY
Billing Reference :
Company : verizon
1801 TOWN AND COUNTRY DRIVE
P.O. BOX # 6050 NORCO, CA 92860
NORCO, CA 92860

Conf #: 2404
CRS #: CE 46026555
Arrival: 1/13/2023
Departure 8/1/2025

Next Payment Due: 2/2/2023
Estimated Next Payment Amount: ($177.65)

| Date | Department | Reference | Voucher | Room | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 1/13/2023 | Discover | DC2820 | | 333 | | $1,277.55 | ($1,277.55) |
| 1/13/2023 | Rooms - Extended Stay | Auto Posted Rate: SCPM4 | | 333 | $77.29 | | ($1,200.26) |
| 1/13/2023 | City Occupancy Tax | Auto Posted Rate: SCPM4 | | 333 | $7.73 | | ($1,192.53) |
| 1/13/2023 | CA Tourism Assessment | Auto Posted Rate: SCPM4 | | 333 | $0.15 | | ($1,192.38) |
| 1/14/2023 | Rooms - Extended Stay | Auto Posted Rate: SCPM4 | | 333 | $77.29 | | ($1,115.09) |
| 1/14/2023 | City Occupancy Tax | Auto Posted Rate: SCPM4 | | 333 | $7.73 | | ($1,107.36) |
| 1/14/2023 | CA Tourism Assessment | Auto Posted Rate: SCPM4 | | 333 | $0.15 | | ($1,107.21) |
| 1/15/2023 | Discover | DC2820 | | 333 | | $596.19 | ($1,703.40) |
| 1/15/2023 | Discover | DC2820 | | 333 | | $340.68 | ($2,044.08) |
| 1/15/2023 | Discover | DC2820 | | 333 | | $596.19 | ($2,640.27) |
| 1/15/2023 | Rooms - Extended Stay | Auto Posted Rate: SCPM4 | | 333 | $77.29 | | ($2,562.98) |
| 1/15/2023 | City Occupancy Tax | Auto Posted Rate: SCPM4 | | 333 | $7.73 | | ($2,555.25) |
| 1/15/2023 | CA Tourism Assessment | Auto Posted Rate: SCPM4 | | 333 | $0.15 | | ($2,555.10) |
| 1/16/2023 | Rooms - Extended Stay | Auto Posted Rate: SCPM4 | | 333 | $77.29 | | ($2,477.81) |
| 1/16/2023 | City Occupancy Tax | Auto Posted Rate: SCPM4 | | 333 | $7.73 | | ($2,470.08) |
| 1/16/2023 | CA Tourism Assessment | Auto Posted Rate: SCPM4 | | 333 | $0.15 | | ($2,469.93) |
| 1/17/2023 | Rooms - Extended Stay | Auto Posted Rate: SCPM4 | | 333 | $77.29 | | ($2,392.64) |
| 1/17/2023 | City Occupancy Tax | Auto Posted Rate: SCPM4 | | 333 | $7.73 | | ($2,384.91) |
| 1/17/2023 | CA Tourism Assessment | Auto Posted Rate: SCPM4 | | 333 | $0.15 | | ($2,384.76) |
| 1/18/2023 | Rooms - Extended Stay | Auto Posted Rate: SCPM4 | | 333 | $77.29 | | ($2,307.47) |
| 1/18/2023 | City Occupancy Tax | Auto Posted Rate: SCPM4 | | 333 | $7.73 | | ($2,299.74) |
| 1/18/2023 | CA Tourism Assessment | Auto Posted Rate: SCPM4 | | 333 | $0.15 | | ($2,299.59) |
| 1/19/2023 | Rooms - Extended Stay | Auto Posted Rate: SCPM4 | | 333 | $77.29 | | ($2,222.30) |
| 1/19/2023 | City Occupancy Tax | Auto Posted Rate: SCPM4 | | 333 | $7.73 | | ($2,214.57) |
| 1/19/2023 | CA Tourism Assessment | Auto Posted Rate: SCPM4 | | 333 | $0.15 | | ($2,214.42) |
| 1/20/2023 | Rooms - Extended Stay | Auto Posted Rate: SCPM4 | | 333 | $77.29 | | ($2,137.13) |
| 1/20/2023 | City Occupancy Tax | Auto Posted Rate: SCPM4 | | 333 | $7.73 | | ($2,129.40) |
| 1/20/2023 | CA Tourism Assessment | Auto Posted Rate: SCPM4 | | 333 | $0.15 | | ($2,129.25) |
| 1/21/2023 | Rooms - Extended Stay | Auto Posted Rate: SCPM4 | | 333 | $77.29 | | ($2,051.96) |
| 1/21/2023 | City Occupancy Tax | Auto Posted Rate: SCPM4 | | 333 | $7.73 | | ($2,044.23) |

# EXHIBIT "5"

| | | |
|---|---|---|
| California Department of Justice<br>DIVISION OF LAW ENFORCEMENT<br>John D. Marsh, Chief | **INFORMATION BULLETIN** | |
| *Subject:*<br>**Protecting Tenants Against Unlawful Lockouts and Other "Self-Help Evictions"** | *No.* 2022-DLE-05<br>*Date:* July 13, 2022 | *Contact for information:*<br>Division of Public Rights<br>Consumer Protection Section<br>Nicklas.Akers@doj.ca.gov |

**TO: ALL CHIEFS OF POLICE AND CALIFORNIA SHERIFFS**

Law enforcement officers are sometimes called to the scene of disputes between residential landlords and tenants because a landlord has changed the locks on a rental property or forced the tenant out through other means. These so-called "self-help evictions" are not merely civil matters – they violate California criminal and civil laws.

This bulletin provides legal guidance about steps law enforcement officers can take to prevent and respond to unlawful lockouts and self-help evictions.

**Legal Basis for This Guidance**

It has long been the law in California that a tenant can be removed from a rental property only after there has been a court judgment and a writ of possession has been issued. (Code of Civ. Proc. §§ 712.010, 715.010 et seq., 1159 et seq.; Civ. Code § 789.3; Penal Code § 418.) Even then, only the Sheriff or Marshal, or their deputies, may evict a tenant. No one else, including a police officer, property owner, property manager, or realtor, may remove a tenant from their rental unit or force a tenant to leave. This is not only a civil matter but also a criminal matter, so law enforcement should intervene to enforce the law and stop self-help evictions.

**Penal Code § 418** makes it a misdemeanor to use, encourage, or assist another to use "any force or violence in entering upon or detaining any lands or other possessions of another." **Penal Code § 602.5** makes it a misdemeanor to enter or remain in a residence without the consent of "the person in lawful possession," meaning the tenant. **Civil Code § 789.3** prohibits a landlord from changing the locks, shutting off the water or utilities, moving a tenant's belongings into the yard or street, or removing exterior doors or windows, in order to force a tenant out. Landlords who do so are liable for a penalty of $100 per day that the violation continues, plus the tenant's actual damages. As explained in Civil Code § 1940.2, landlords may also violate **Sections 484 and 518 of the Penal Code** when influencing a tenant to vacate. Illegal evictions may also violate local ordinances in your city or county.

It is important to note that landlords cannot force out a tenant even if the tenant owes rent, has received an eviction notice, or is breaching the lease. In all cases the landlord must use the court process to legally evict a tenant.

**How to Respond**

- Police officers should never help a landlord evict a tenant by force or threats. Only the Sheriff, Marshall, or their deputies may evict, and they may only do so with a court order.
- Do not ask the tenants to leave their home.
- Advise the landlord or other persons involved that it is a misdemeanor to force tenants out of a rental property. Instruct them to allow the victims back into the home.
- Advise the landlord to seek legal advice if they have an issue with the tenant or to lawfully evict the tenant.
- Write a report about the incident even if no arrest is made.

**When There Is a Dispute About Who Lives in the Home**

If there is a dispute about whether a victim of a lockout lives in the rental unit, it may be appropriate to ask the individual to demonstrate their connection to the property. Keep in mind that lawful tenants may not always have ready proof that they live in the unit. Verbal agreements are common, and many tenants do not have a written lease or rent receipts.

Victims should be allowed to show a range of documentation, such as an ID, mail, utility bill, vehicle registration, paystub, or other proof to show that they live in the rental unit. They may need access to the unit to get such documents. Alternatively, if the landlord refuses to admit that the individual lives there, neighbors may be able to verify who lives in the unit.

**When the Owner Also Lives in the Home**

In general, tenants who rent a room in a home, whether from a master tenant or the homeowner, are entitled to the same protections against self-help evictions. Like other tenants, they may only be evicted through the court process. The only exception is for a "lodger," which is a single person who lives in a home with the homeowner and no other tenants, where the homeowner has full access to and control of all areas of the dwelling. (Penal Code § 602.3; Civil Code § 1946.5.) To treat someone as a lodger, specific legal requirements must be met. Law enforcement officers should consult with their agency's legal counsel if this issue arises.

**Victim Services**

Victims of illegal lockouts may need additional support to understand their rights or respond to the court eviction process. Officers should refer tenants to legal aid organizations in the area, which can be found at www.LawHelpCA.org or at the self-help desk at your local courthouse.

# EXHIBIT "6"

Amount: $500.00
Account: 4613544580
Bank Number: 01100013

Sequence Number: 6752480145
Capture Date: 12/04/2024
Check Number: 12078

12078

JAMES E NEYMAN AND ASSOCIATES,P.C.
78 CANAL ST FL 3
BOSTON, MA 02114-2024

Bank of America
ACH R/T 011000138

53-13/110 MA
29846

12/04/24

PAY TO THE ORDER OF Greg Langadinos $ 500

— five hundred and 00/XX DOLLARS

MEMO Legal Research/consultant re: JD case

AUTHORIZED SIGNATURE

⑈012078⑈ ⑆011000138⑆ 004613544580⑈

THIS DOCUMENT MUST HAVE A COLORED BACKGROUND. ULTRAVIOLET FIBERS AND AN ARTIFICIAL WATERMARK ON THE BACK - VERIFY FOR AUTHENTICITY.

Security Features Included. Details on Back.

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 12/04/2024 | 6752480145 | 11000138 | Rtn Loc/BOFD | Y | | Bank of America, NA |

Amount: $500.00
Account: 4613544580
Bank Number: 01100013

Sequence Number: 6752480145
Capture Date: 12/04/2024
Check Number: 12078

BOA CC:4930080656 CashID:768 Date:12/04/24 Seq#:0001
CorrelationID: 1204120418093 DeviceID:DMA09706; Income:4700
TPS:ATL ET

CHECK BOX FOR MOBILE REMOTE DEPOSIT

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 12/04/2024 | 6752480145 | 11000138 | Rtn Loc/BOFD | Y | | Bank of America, NA |

# EXHIBIT "7"

Amount: $500.00
Account: 4613544580
Bank Number: 01100013

Sequence Number: 6752075779
Capture Date: 08/25/2025
Check Number: 12329

12329

JAMES E NEYMAN AND ASSOCIATES,P.C.
78 CANAL ST FL 3
BOSTON, MA 02114-2024

Bank of America
ACH R/T 011000138

5343/110 MA
28843

3/15/25

PAY TO THE ORDER OF Greg Langadinos $ 500 —

five hundred and 00/xx DOLLARS

MEMO legal research etc.

J Ney
AUTHORIZED SIGNATURE

⑈012329⑈ ⑆011000138⑆ 004613544580⑈

THIS DOCUMENT MUST HAVE A COLORED BACKGROUND, ULTRAVIOLET FIBERS AND AN ARTIFICIAL WATERMARK ON THE BACK - VERIFY FOR AUTHENTICITY

Security Features Included. Details on Back.

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 08/25/2025 | 6752075779 | 122000661 | Rtn Loc/BOFD | Y | | Bank of America, NA |

Amount: $500.00
Account: 4613544580
Bank Number: 01100013

Sequence Number: 6752075779
Capture Date: 08/25/2025
Check Number: 12329

BOA CC:318C00044 CashD.760 Date:08/25/25 Seq#:0001
CorrelationID.17250825223858 DeviceID:DCA30990 Trans#:2364
L[illegible]:DAL PT

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 08/25/2025 | 6752075779 | 122000661 | Rtn Loc/BOFD | Y | | Bank of America, NA |

# EXHIBIT “8”

Amount: $500.00
Account: 4613544580
Bank Number: 01100013

Sequence Number: 6752075780
Capture Date: 08/25/2025
Check Number: 12327

12327

**JAMES E NEYMAN AND ASSOCIATES,P.C.**
78 CANAL ST FL 3
BOSTON, MA 02114-2024

**Bank of America**
ACH R/T 011000138

53-13/110 MA

8/15/25

PAY TO THE ORDER OF Greg Langadinos $500—

Five hundred and 00/XX — DOLLARS

MEMO legal research etc.

AUTHORIZED SIGNATURE

Security Features Included. Details on Back.

⑈012327⑈ ⑆011000138⑆ 004613544580⑈

THIS DOCUMENT MUST HAVE A COLORED BACKGROUND, ULTRAVIOLET FIBERS AND AN ARTIFICIAL WATERMARK ON THE BACK - VERIFY FOR AUTHENTICITY

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 08/25/2025 | 6752075780 | 122000661 | Rtn Loc/BOFD | Y | | Bank of America, NA |

Amount: $500.00
Account: 4613544580
Bank Number: 01100013

Sequence Number: 6752075780
Capture Date: 08/25/2025
Check Number: 12327

BOA CC:3180000441 CashID.760 Date:08/25/25 Seq#:0002
CorrelationID.17250825223858 DeviceID:DCA30990 Trans#:2364
LTPS:DAL PT

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 08/25/2025 | 6752075780 | 122000661 | Rtn Loc/BOFD | Y | | Bank of America, NA |

# EXHIBIT "9"

COMMONWEALTH OF MASSACHUSETTS
HOUSING COURT DEPARTMENT
OF THE TRIAL COURT

SUFFOLK, ss. CIVIL ACTION NO.: 22H4SP004606

61 PARK LLC; (Brookline Housing Authority)
Plaintiff,

v.

GREGORY LANGADINOS,
Defendant.

**AFFIDAVIT OF ATTORNEY JAMES E. NEYMAN**

I, James E. Neyman, first being duly sworn, do depose and say as follows:

1. I am an attorney licensed by and in good standing with the Commonwealth of Massachusetts. I was retained to represent Gregory Langadinos in the above-captioned matter.

2. I make this affidavit in support of the Motion to Withdraw as counsel for Gregory Langadinos.

3. I entered my appearance on behalf of Mr. Langadinos in the above-captioned action on or about April 30, 2025.

4. In or around early September of 2025, I learned from Mr. Langadinos that he was preparing claims against me alleging legal malpractice. Counsel was recently retained to represent me regarding those claims. One claim being made against me by Mr. Langadinos relates to the Brookline Housing Authority.

5. I recently learned that Mr. Langadinos is also claiming that he was an employee of my firm and that he is owed wages.

6. While I deny the claims against me, I am informed that my continued representation of Mr. Langadinos is prohibited by Massachusetts Rules of Professional Conduct, Rule 1.7(a), because Mr. Langadinos' claims against me create a concurrent conflict of interest between his interests and my personal interests in defending against his claims.

7. As a result, I understand that I am required to withdraw from representing Mr. Langadinos under Rule 1.16(a).

8. Additionally, good cause to withdraw exists pursuant to Massachusetts Rule of Professional Conduct 1.16(b).

9. The Defendant has been made aware of my intention to file this Motion.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 7th DAY OF NOVEMBER, 2025.

*/s/ James E. Neyman*
James E. Neyman

# EXHIBIT "10"

to discharge federal and state loans in the amount of approximately $ 40,000, and from this original act of protected activity, Ms. Munoz has been subject to a hostile work environment, retaliation, discrimination by USC officials who are Filipino that discriminated and treated Munoz deliberately indifferent leading to formal TITLE XI HEARING on behalf of Ms. Munoz.

Client understands that this firm makes no promises as to the outcome of this case and/or cases referenced in this fee agreement.

The Client understands that the Firm is located in MA and is not licensed to practice in other states such as the Courts of California and if litigation is required, to the extent that the Firm is unable to pursue any aspect of this matter as a result of MA law applying, the Firm is not able to represent the Client and the Client understands and has been informed accordingly of this potential issue.

8. Should either the Client or the Firm wish to terminate the Attorney-client relationship, the Client agrees to pay the Firm for all legal services rendered and out-of-pocket costs incurred up to the time of the relationship's termination. Client understands that any disputes that are being pursued by the Firm are subject to and limited to Mediation and/or Arbitration proceedigs only as a means of adjudication and/or settlement of Client's claims.

9. The Client understands and has been advised that Attorney James E. Neyman is a Massachusetts licensed Attorney, and his Firm is located in Boston, Massachusetts and not licensed to practice in California but this firm is able to represent Yalitza Munoz before Federal Administrative Agencies, including the EEOC, and NLRB and the two Mediation procedures offered by these agencies.

10. The Client also acknowledges that Gregory Langadinos to the extent permissible will continue in his present capacity or as mutually agreed by the parties to assist the Firm's pursuit of the matters referenced herein.

11. This agreement is subject to rule 1.5 of the ruled of Professional Conduct adopted by the Massachusetts Supreme Judicial Court; SJC.

**SIGNED IN DUPLICATE:**

______________________________

**Client (Yaritza Munoz)**

______________________________

**Attorney (James E. Neyman, Esq.)**

**Dated: ~~June 21, 2024~~** July 3, 2024